# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
BRIAN G. DVORAK, BAR NO. 4446

No. 79357

**FILED**

SEP 2 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF DISBARMENT

The Southern Nevada Disciplinary Board has filed a petition for attorney Brian Dvorak's disbarment by consent. *See* SCR 112(2). Under SCR 112, an attorney who is facing a disciplinary proceeding may consent to disbarment by delivering an affidavit that complies with SCR 112(1)(a)-(d). Dvorak has done so. In particular, Dvorak acknowledges that he has entered a pretrial diversion agreement with the United States Attorney for the District of Nevada in which he admitted conduct alleged in a superseding indictment wherein he was charged with multiple federal crimes involving securities fraud. Dvorak's conduct, as described in the pretrial diversion agreement, involved his practice of law. A special condition in pretrial diversion agreement requires Dvorak to surrender his license to practice law in Nevada. Dvorak acknowledges in his affidavit that the conduct he has admitted in connection with the federal criminal case likely violates RPC 8.4(b) and that he could not successfully defend against a disciplinary proceeding.

19-39297

Pursuant to SCR 112, attorney Brian Dvorak is disbarred. His disbarment is irrevocable. SCR 102(1). The parties shall comply with SCR 115 and SCR 121.1.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.       _____, J.
Pickering                                Hardesty

_____, J.       _____, J.
Parraguirre                             Stiglich

_____, J.       _____, J.
Cadish                                  Silver

cc:    Chair, Southern Nevada Disciplinary Board
       Bar Counsel, State Bar of Nevada
       Brian Dvorak
       John W. Hall, Jr.
       Executive Director, State Bar of Nevada
       Admissions Office, U.S. Supreme Court